GEORGE BUSCH et al., Respondents, *v.* LOUIS F. LICHT, Appellant.

Submitted February 20, 1939; decided February 28, 1939.

*Milton Pinkus* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.